IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TENNESSEE. NASHVILLE DIVISION

Corey Taylor
  Plaintiff
V.
Trinity Correctional Food Service
Metropolitan Government
  Defendants

Case No: (To be provided by the clerk)

## Petition 42 U.S.C. 1983

On 5/12/2022 Taylor was seen by Wellpath Corr Health care providers at the Davidson County Jail Due to Burning, swelling, bleeding, ulcers, thick white patches on both left and right side of his jaw. A biopsy was performed and sent off to Labcorp for testing and for precautionary measures due to Taylor stating that majority of the lunch and dinner meals provide at the Davidson County Jail is spicy and when Taylor consume such meals immediately on contact Taylor states the spices exerbates the pain inside his mouth and he suffers even more on a high scale of 10 being the worst with excurciating burning, blistering, swelling and discomfort which makes it hard to eat. Wellpath medical RN Nurse placed Taylor on a Bland Diet which such diet is a regular meal diet minus the spices and due to such entry being placed into the medical system and forwarded to the DCSO Food Kitchen where it is operated by Trinity Corr Food Service Taylor trays are labelled with his first and last name and says Diet for Health: Bland Diet which is very self explanatory but Taylor was still served trays with spicy seasonings such as crushed red peppers and some with Jalapeno peppers and his label was on the styrofoam trays that Diet/Special meals are contained and although such label was on Taylor meals such label restricting spices were ignored and Taylor was given meals against his restriction and has consumed them without any knowledge of spices being inside food and not knowing that peppers were mixed in the food unnoticably and when bitten into Taylor would immediately suffer with severe pain, burning, swelling, bleeding from the gums and the ulcers inside his mouth would be highly irritated and bleed. Taylor Does check his trays before to eating along with DCSO Jail staff and there's been times Taylor and Jail staff has noticed Jalapeno peppers and crushed red peppers and Taylor trays were replaced

And Most Trays that were Replaced Due to the Trinity Food Service Staff Not Properly monitoring the Jail Inmate Kitchen Workers when preparing Special or Diet Trays such as Taylor's the Kitchen Staff would Replace his meal with either x2 bologna Sandwhiches and x2 cookies or cold food That Seems to have been sitting in a cooler/Chiller. Taylor has Suffered countless events of Pain, Burning, Swelling, bleeding, Ulcerations and blistering Due to his meals being prepared In a Disregard to his Serious medical need. Taylor and Jail Notices at times The Spices on his trays although his trays are Distinguishable and properly labelled as mentioned and sometimes the Spices are undetectable and Taylor wouldn't notice them until the Food makes contact with his mouth, Taylor states the pain is a pain likened unto pouring Rubbing alcohol on a open Flesh wound and as taking hot Curl Irons to the Skin. Taylor states that there was an Incident late September whereas Due to not Noticing Spices in his meals he had Taken a bite into his lunch Tray only to Suffer from the Described pain which caused a medical emergency and Taylor was almost sent out to Meharry hospital but he was given a Steroid Shot in his arm on-site at the Jail Administered by wellpath Medical staff whom is responsible for the Medical care of Jail Detainees. Taylor states that Trinity Food Service Shows a Deliberate Disregard for his Serious medical need to not have Spicy foods and They prepare his trays with such Deliberate Indifference and They are aware that he is not to Receive such foods/meals containing spices but acts with a Deliberate Negligent Disregard for his Health and They Fail to Adequately Monitor the handling and care of his trays by making sure that The Jail Inmates are preparing the Diet trays in accordance to the Diet Retrictions Taylor states that There's been times he has Missed a meal Due to staff Shortages at the Jail and DCSO Jail Security team Not having an available Rovering officer To go to the Kitchen to Replace his meals, Taylor states he has had to wait from 2-3 hours at times before his meals are Replaced which caused him to suffer From Hunger pains, The times he was Denied meals Due to staff Shortages he wasn't able to Sleep Due to hunger, Taylor states he's has loss weight and is often given a High Fiber Diet Instead of a Regular Diet Minus spices, Taylor States that Several staff and Sergeants Can Verify this claim Regarding his Meals, Taylor has on Several occassions Told 3rd shift staff about not Receiving a Dinner meal and has been Told there's nothing we can do 2nd shift should of handeled It Taylor Says he would ask for just a bologna sandwhich and Denied Taylor states He believes that Trinity food Services acts in

a Deliberate Indifference manner towards him cause Due to Countless issues his Food tray labels were changed from Diet for Health, Bland Diet to Diet for Health No Spices Added and Still even with such label Taylor meals are Still Spicy. Recently on 11/4/22 Taylor Immediately noticed crushed Red peppers In his lunch meal, He Notified his pod officer J. Beach Immediately Off. Beach Stated ain't nothing he can do Taylor Stated You know to call the kitchen and It will be Replaced Taylor Stated Two hours passed and yet nothing was Done Taylor States his assigned DCSO Case Manager came onto the pod he told her Ms. Alridge she stated that's not her Job and Blew Taylor off, Taylor states That he had to say he wanted to go to the holding cell cause he knew by saying This a Sergeant would come to his pod and cell, Taylor States Sgt. Johnson Responded Taylor Showed Sgt. Johnson his tray and Johnson Stated That he'd seen crushed Red peppers Johnson told Taylor The Jail was short of staff and He'll get him a tray but be patient Taylor states he was never given lunch nor was it Replaced at Dinner which Taylor was only provided X 2 meals versus the three that are provided. On 11/5/22 Taylor Immediately noticed an heavy amount of crushed Red peppers on his Dinner Tray he Notified officer ? his Tray was verified of having spices Taylor was Issued another Tray with nothing but Chilled Beans Pineapples and Veggies and two slices of bread Such Tray was Inadequate not an adequate meal and not Consistent with a Regular meal minus spices, Taylor States he believes That it's an Intentional Infliction of emotional distress and mental anguish cause these Issues Does Triggers his anxiety and Inflicts him with pain and Physical Injury and he Believes that Trinity Food Serv has Intentionally Inflicted him with an Unusual Form of Punishment and he states that such Repeated acts are cruel cause It's obvious That something can happen towards his health if he consumes or orally come in contact with spicy foods cause of the label on his trays, Taylor states that Trinity Shows a Disregard to his health and welfare Thereof which in light is a violation of Taylors eighth Amendment Right for which Trinity Food Serv has Shown a Deliberate Indifference to his health and serious Medical need by Ignoring and Failing to Properly supervise Inmates when handling the Special/Diet trays. Trinity food Serv is Subjectively aware That there is a Risk of harm if I consume spices orally but they are not aware of the harm that'll be caused cause His Medical condition is unknown to them but they know a Risk maybe caused, Due to the Diet Restrictions, Taylor Brings this Suit against Trinity food Serv. In their Individual capacity and Official capacity

cause they were acting under color of law at all times and has been acting under a policy and agreement that is authorized by Metro Government to allow Trinity food serv to act in the manner they have been as described herein. Taylor brings suit on Trinity in such capacities cause they are employed by Metro Gov't and is on a contract and agreement with Metro Gov't and Taylor believes that Metro Gov't is the Moving force behind such acts Due to the policy, agreement and contract with Trinity Food Serv that'll allow them to act in such careless, reckless, wanton Deliberate Indifference manners as mentioned herein. Taylor sues Metro Gov't in Both Official and Individual Capacities cause they acted under the color of state law by enacting such policy, agreement and contract to allow Trinity Food serv To act and work as the DCSO Food Serv in the manner that's Described herein. Taylor states he has filed grievances on Trinity food service for mnths and they all have been ignored and unheard and he does not see them as pending on his grievance log as they have been once before.

Relief sought: Taylor believes that since such Threshold for an Injunction is proven herein cause of the constant and Repeated acts as explained he seeks to be granted an Immediate Injunction cause is not such matter will continue to be done even if this suit is allowed to continue past the first stages and Beyond.

Taylor seeks Punitive Damages of $160,000.00 Compensatory Damages of $300,000.00 for the physical Injury, pain, weight loss and all stated herein and Taylor Seeks all available Damages This court Grants, favors and awards unto him As this court sees fit accurate lawful and Fair.

Taylor Demands Trial by Jury
Taylor consents to the assignment of a magistrate Judge to be able to Resolve this matter on his behalf

Taylor pleads with this court to grant this claim and Issue an Immediate Injunctive order so he'll Receive his Correct meals as he shall and so He'd Be Protected from the constant Deliberate Indifference and all Mentioned herein Cause if this court fails to Issue such order Taylor will continue to suffer irreparable harm.

Respectfully Submitted Corey Taylor

Case 3:22-cv-00920  Document 1  Filed 11/14/22  Page 4 of 6 PageID #: 4
Pg 4

LEGAL MAIL

NAME Corey Taylor
OCA 550401
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

RECEIVED
NOV 14 2022
US DISTRICT COURT
MID DIST TENN

NASHVILLE TN 370  8 NOV 2022 PM 6 L

To: The United States District Court
For The Middle Dist for TN
Nashville City
Attn clerk of court
719 Church st
Nashville TN 37203-7056

FOREVER / USA

To: The United States Dist. Court For TN
Nashville, TN
Attn: Clerk of Court
719 Church St
Nashville, TN 37203

LEGAL MAIL

SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT