IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TENNESSEE NASHVILLE DIVISION

Corey Taylor
    Plaintiff

v.

Trinity Food Serv
Metro Gov't

Case No: (To be provided by Clerk)

## Affadavit of Support of Claims

Taylor whom is the Plaintiff in this case submits to the courts for Judicial Notice That he is Indeed Diagnosed with a Disease called Lichenoid Mucositis Taylor submit Lab Results for which is the sole purpose of such Diet being applied To Taylor meals as a Restriction to spices. Taylor Also submits a couple of his labels that are visible on his tray During preparation of his meals but are obviously Ignored Due to the Repeated Deliberate Indifference acts and Negligence. Taylor prays that this will also suffice as Partial evidence to be granted an Immediate Injunction so This matter can be Possibly corrected since his peace protest, complaints and grievances are Repeatedly being Ignored Just as the Restrictions on his meals Due to his Medical Condition

Respectfully Submitted
Corey Taylor

pg 1