IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TENNESSEE, NASHVILLE DIVISION

Corey Taylor
   Plaintiff

V.

Trinity Correctional Food Serv
   Defendant

RECEIVED
DEC 20 2022
U.S. District Court
Middle District of TN

Case No: 3:22-CV-00920

Petition for Injunctive Relief
Pursuant to Fed.R.C.P 65

Comes Now plaintiff Corey Taylor seeking this court to issue an Injunctive Relief Immediately against Trinity Food Service for continued deliberate Indifference, Recklessness and Inadequate meals, and for continued violations of his Fourteenth Amendment Right. On 12-14-22 I, Corey Taylor Received My Special Diet tray and the Soy meat was Refrigerator Temp. and upon Receiving the tray and Checking it in front of officer Haynesworth "female" I Instantly Reported to her that my meat was cold and not edible. The meat is Similar to ground Turkey. However Ms. Haynesworth Contacted the kitchen Told them that my meat was In fact cold They Denied it as being cold and Declined in Replacing my meal. I Requested a Sergeant at 5pm. Dinner was Served at 4:45p.M. a Sergeant never came, but told officer Haynesworth to log a Incident Report and state I Refused My Tray but I Didn't Refuse my meal. It was not edible and Off. Haynesworth Mentioned in her Report that My meal was In fact cold. I compel this court to Issue This injunctive Relief cause If not I will continue to be Faced with denial of meals and I'd suffer From Hunger pains as I have and Currently Do when Denied a meal I'm faced with Mental and emotional anguish and anxiety. I Strongly believe that when this court grant Relief on this petition I will no longer be faced with such Deprivations, violations of my Rights and My Meals will no longer be Denied. Continued violations of my Fourteenth Amendment Right is Continued irreparable Injury. Having Stomach pains from Hunger with Slight Headaches Due to Mental anxiety from the Harm caused to me is continued

Case 3:22-cv-00920 Document 7 Filed 12/20/22 Page 1 of 4 PageID #: 26

Me from also continuously Receiving Spicy Foods which excerbates My

Pg 1

Linchen Planus and causes Burning, Blistering, Swelling, Bleeding and ulcers Please Take Judicial Notice that on 12-1-22 I was Served Spicy Potatoes which was verified by the Officer However the tray was Replaced and I Received Spicy potatoes again and Spicy Mixed vegetables and the spices were not Clearly noticable until I consumed the food and Instantly suffered with Burning Irritation of ulcers and Swelling and pain which is like Fire to Skin and alcohol on an open wound. My success on My Claim Stands in My favor Due to the many Incident Reports entered about my meals containing spices and the Almost severe Injury I suffered when I had to be Injected with DexMethosione a steriod to aid the Pain and swelling similar to an epie Pen. Being Layman to law all mentioned Seeking Injunction Shall stand Due to the factual Details of claim and the proven violation of My Fourteenth Amendment Rights. My petition seems to be en-sync with Liberty Coins, LLC v. Goodman 977 F.Supp.2d 783. I hereby attest according to law that all mentioned is accurate and true, Due to the steady Disregard Towards my Serious medical need and my Health and well-being

I beg for the Mercy of THis Honorable court To Aid Me in this Matter

Respectfully Submitted
Corey Tay 90

Please be advised I was given a Dinner tray 2hrs later by Offi. B Smith cause she's highly aware about the treatment I recieve Regarding My meals

NAME Coccy Taylor
OCA 508901
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

LEGAL MAIL

RECEIVED
DEC 20 2022
U.S. District Court
Middle District of TN

TO: THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT FOR TN
NASHVILLE DIV
ATTN: Clerk of court
719 Church St
Nashville, TN 37203

To: THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DIST OF TN
Attn: Clerk of Court
719 Church St
Nashville, TN 37203

LEGAL MAIL

SENT FROM CORRECTIONAL INSTITUTION INMATE BEARS ALL RESPONSIBILITY FOR CONTENT