IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TENNESSEE NASHVILLE DIVISION

**RECEIVED**
JAN 0 4 2023
U.S. District Court
Middle District of TN

Corey Taylor
    Plaintiff

v.

Trinity Corr Food serv.

Case No. 3:22-cv-00920

## Petition of Judicial Notice

Comes now Corey Taylor, Plaintiff a pre-trial detainee at Davidson county Sheriff's office petitioning this court to take Judicial Notice of the Recent events Regarding Defendants Trinity food serv. on 12/22/22 @ 1:25 p.m. Trinity food serv worker by the name of Ms. Allen sustained plaintiff's grievances which was filed on 9/21/22 Regarding the violations of his Fourteenth Amendment Rights and the Injuries plaintiff suffered Due to the food service failing to properly train and supervise it's Inmate workers and civilian workers when preparing Special/Diet Trays for Detainee's such as Taylor Due to his serious medical need. The First grievance was filed 8/24/22 and was not answered until 12/22/22 and all his complaints were Sustained Ruling in plaintiff's favor in admittance of showing a Deliberate Disregard towards Taylor's serious medical needs and for failure to properly train and supervise it's workers accordingly. Trinity was highly aware of my medical need Due to me being placed on a special Diet list stating Non spicy, No Spices Added and Bland Diet. Despite being placed on a list that is visiable by the food service staff and workers Trinity has failed on more then one occasion to provide that particular Diet. These acts was acted in deliberance and Recklessly In the face of an serious medical need that was known and obvious Due to the medical Diet list and the Diet labels That has to be placed on Plaintiff's Trays Trinity food serv. Had a sufficient culpable state of mind Regarding Plaintiff's serious medical needs and Due there deliberate Reckless actions Plaintiff suffered Debilitating Pain and sustained serious Injuries Due to the constant deliberate Acts. These actions were not a mistake cause Mistakes happens once this was Consistent which shows Deliberate disregard and Recklessness. Due to the Sustaining of Plaintiff's complaints MR. Taylor seeks to compel this court to Move forward with these matters and Taylor Demands To be advised That all his Future grievances so he can forward them to the court

Respectfully Submitted Corey Taylor

1

NAME Corey Taylor
OCA 50990(
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

LEGAL MAIL

NASHVILLE TN 370
29 DEC 2022 PM 1 L
RECEIVED
JAN 04 2023
U.S. District Court
Middle District of TN

To: United States Dist Court
for The Middle District for TN
Nashville Div
ATTN: Clerk of Court
719 Church St
Nashville, TN 37203

To: United States District Court
ATTN: Clerk of court
719 Church st
Nashville, TN 37203

LEGAL
MAIL

SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT