IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Corey Taylor
    Plaintiff

V.

Trinity Food Service
    Defendant

Case No: 3:22-CV-00920

RECEIVED
JAN 0 4 2023
U.S. District Court
Middle District of TN

Petition Of Judicial Notice
"Sur-Reply"

Comes Now plaintiff Corey Taylor a pre-trial detainee at Davidson county sheriff's office placing this court on notice that prior to his filing of this matter in his grievances on Trinity he Notified them of his potential to file suit for all That's given in his complaint. Trinity Deliberately Ignored plaintiff's grievances past the DCSO 9 Day Reply policy on Grievances and Trinity Did not Reply to the complaints until 3 and 4 months later, even tho Taylor made Trinity aware that These issues were before the courts seeking relief. Taylor has Requested copies of his complaints so that the courts will verify That trinity has been placed on Notice prior to suit and even after suit was filed. Taylor also mentions that The clerk of courts never provided him with Summons in a Civil action Form (AO 440). Taylor further states that Trinity was placed on notice and Alerted about an Issue long before suit was filed and when plaintiff stated his potential Desire to file suit when he mentiond such in his complaints and his potential to Recover Damages as he mentioned in his grievances and Taylor Did muntion his intent to Recover punitive Damages and Compensatory Damages and Damages for Injuries he has Suffered. In Still v. Wilkinson 1999 U.S. APP LEXIS 24329 The Appeals court Ruled that Still placed Defendants on sufficient Notice as a Pro se litigant Based on his complaint. In fenF, LLC v. Ritacco 2016 U.S. Dist. LEXIS 129592 The same applies. Being Laymen to law Taylor pleds with the court to Reconsider his Motion for Temporary Restraining order once The clerk provides him with form AO440 cause The Deliberate acts persist and Taylor has suffered yet another Injury Due to the Recklessness of the disregard of his Diet in having no spices, Taylor has suffered a Blister on his Gums That Bursted and Developed yet another ulcer Due to the Recklessness of Trinity food serv. Repeatedly Providing him with meals that contain spices when there's a label with Plaintiff's name and it states No spices Added. Taylor seeks this courts assistance in serving Defendants

Respectfully Submitted
Corey Taylor

1

NAME Corey Taylor
OCA 508901
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

LEGAL MAIL

RECEIVED
JAN 04 2023
U.S. District Court
Middle District of TN

NASHVILLE TN 370
30 DEC 2022 PM 4 L

TO: UNITED STATES DIST
COURT FOR THE MIDDLE DIST
OF TN
ATTN: Clerk of Court
719 Church St
Nashville, TN 37203



TO: United States Dist Court for the
Middle Dist of TN
ATTN: Clerk of Court
719 Church St
Nashville, TN 37203

LEGAL MAIL

SENT FROM CORRECTIONAL INSTITUTION INMATE BEARS ALL RESPONSIBILITY FOR CONTENT