IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT FOR TENNESSEE, NASHVILLE DIVISION

RECEIVED
JAN 06 2023
U.S. District Court
Middle District of TN

Corey Taylor
    Plaintiff

V.

Trinity Corr food serv
    Defendants

Case No: 3:22-cv-00920

## Petition for Temporary Restraining Order

Comes now plaintiff Corey Taylor seeking this court to issue an Temporary Restraining order on his behalf against defendants whom still causes irreparable harm/injury, loss and Damages, In that being Taylor is on a Special Diet Tray consistent with his diet Due to a oral Lichen Planus which is a Disease and Taylor can not consume spicy seasonings or products. Taylor seeks this TRO for the Duration of this case Due to Injury suffered on 12/28/22 when Taylor was placed In fear, Retaliated against, Intimidated and threaten to be sent to the hole Due to Following a Directive he was given In Response to the constant Issues with his meal tray. Taylor was Instructed to notify officer in event that his meal tray was Incorrect and if he Receive a Tray other than his diet, Taylor was given a vegan Tray and Taylor Is not vegan nor on a vegan Diet Taylor notified The Officer MS. Timie Neek West whom was the assigned Pod officer in his housing unit and the officer Responded in a Rude and Disrespectful manner Stating "ain't shit I can do and you got what the fuck you got" Taylor asked To File a Grievance and or speak to a sergeant only to be told "yea from the hole". Taylor was threaten to be sent to the hole and Denied his protected Right In the First Amendment to File a Grievance. Taylor was Removed from His Housing unit Due to Off. West Fabricating the story and calling the sergeant and Stating That Taylor Refused to lockdown and Due to this False allegation Taylor was given Inmate Misconduct Violations and given an Disciplinary Report pending a Hearing Before the Hearing Officer to Determine punishment All because Taylor acted in accordance of Grievance and as Directed to do so. Off. West Retaliated cause she knew her actions were of malfeasance and she showed a Deliberate Disregard to taylor's needs. Taylor was placed In fear of being taken to the hole, Intimidated and still is in such state as of this filing, Taylor suffers from emotional and Mental anguish

1

And these Injuries will not be Repaired and are Irreparable. Taylor loss the opportunity to have an adequate sufficient meal and Taylor is faced with Fear of the outcome of the hearing which can Result being Taken to segregation Placed on In cell confinement, loss of personal property, loss of Good Conduct Credits and Much more. Taylor states that although this is a Complex But easily Decipherable Situation If the court's Doesn't Grant this order he will be placed in this Same Situation possibly far worst. Taylor understands That this court has mentioned That Trinity was not served with complaint but Taylor oppose that assertion cause in his Grievances he alerted Trinity of his intent to file suit and on 12/27/22 Taylor mentioned in the same Grievance During the appeal that this Issue with trinity was under Judicial Review for Relief. Taylor pleds with this court to grant This order cause if such order is not granted Taylor will be placed in

Fear and placed in harm again as has been the issue Repeatedly. Taylor seeks this order to be issued so that he will not have any further issues with the Trinity kitchen staff not providing him with his correct Diet and To avoid Irreparable Injury, Threats, Fear and Intimidation from officer's whom is in charge of having Taylor Trays corrected In the event they're Incorrect. Taylor Submits The Disciplinary Violation Report and ask The court make a copy of it and send it back to him so that it can be used as evidence In the Suit He's seeking to file Regarding that matter. Taylor states that Trinity food serv. is aware and is on notice about the pending suit Trinity is Just acting in Reckless Carelessness and negligence about the suit as they have Done for months Regarding his Grievances which were sustained and Ruled in Taylor's favor. Taylor Seeks this court to Issue an order compelling Trinity to Reply to complaint In the court's specified time.

WHEREFORE plaintiff prays for Relief and the protection and mercy of this court.

Respectfully

*[signature]*

2

# DAVIDSON COUNTY SHERIFF'S OFFICE
## Disciplinary Incident Report

**Re:** COREY D TAYLOR (972396)

| | |
|---|---|
| **Incident Id:** 416137 | **Incident Location:** DDC - 2A |
| **Incident Type:** Out of Place (OOP) | **Incident Datetime:** 12/28/2022 16:45 |
| **Staff Preparing Report:** WEST, TIMIENEEK | **Note:** No force used. |
| **Supervisor Notified:** SGT. THOMPSON | **Report Datetime:** 12/28/2022 17:09 |
| | **Datetime Notified:** 00/00/0000 00:00 |

### Incident Details:

On the approximate time and date, while being assigned to Downtown Detention Center at 2 AI FO WEST INSTRUCED INMATE TAYLOR, COREY D (oca# 508901) TIO LOCKDOWN AFTER RECEVING HIS TRAY. I/M TAYLOR REFUSE TO ACCEPT IM REFUSE THE TRAY AND GAVE IT BACK TO THE ROCKMAN. I/M TAYLOR THEN TOLD ME TO CALL THE KITCHEN BECAUSE THEY KEEP SENDING HIM A VEGAN TRAY. I FO WEST SAID OKAY AND CALLED THE KITCHEN. I FO WEST SPOKE WITH THE KITCHEN MANAGER AND SHE INFORMED ME THAT WAS THE ONLY TRAY THAT DIDN'T HAVE NO ADDED SPICES. I THEN RESPONED OKAY I WILL LET I/M TAYLOR KNOW. I THEN TOLD I/M TAYLOR WHAT THE KITCHEN MANAGER TOLD ME AND HE APPEARED TO GET MAD AND SAID HE'S NOT LOCKING DOWN UNTIL YALL GET MY SHIT RIGHT CALL THE SGT. BECAUSE I'M NOT LOCKING DOWN. I THEN INFORMED HIM AGAIN TO LOCKDOWN AND DIDN'T SAY ANYTHING JUST STOOD BY HIS DOOR. I FO WEST THEN NOTIFIED SGT THOMPSON. EOR//TW

### Characteristics:

### Violations:

| Datetime | Number | Violation Description |
|---|---|---|
| 12/28/2022 17:26 | 64 | Out of Place |
| 12/28/2022 17:27 | 65 | Refusal of Direct Order |

### Disciplinary Details:

OUT OF PLACE

| | | |
|---|---|---|
| **Officer Signature:** _[signature]_ | **Date:** 12-28-22 |
| **Supervisor's Signature:** _[signature]_ | **Date:** 12/28/22 |
| **Inmate's Signature:** _____ | **Date:** _____ |

Inmates charged with rule violations are scheduled for a hearing as soon as practicable but no later than seven days - excluding weekends and holidays - after the alleged violation.

Judicial Notice:
The tray was the Incorrect Diet I'm not vegan and am not on the Vegan list

Legal Mail

NAME Robert Taylor
OCA 508101
DAVIDSON COUNTY SHERIFF'S OFFICE
P.O. BOX 196383
NASHVILLE, TN 37219-6383

RECEIVED
JAN 06 2023
U.S. District Court
Middle District of TN

NASHVILLE TN 370
3 JAN 2023 PM 6 L

To: The United States District
Court for the Middle Dist
of Tennessee- Nashville Div
ATTN: Clerk of Court
719 Church St
Nashville TN
37203-7054

To: United States District Court
Middle District of TN
Attn: Clerk of Court
719 Church St
Nashville, TN 37203

SENT FROM CORRECTIONAL
INSTITUTION INMATE BEARS ALL
RESPONSIBILITY FOR CONTENT

LEGAL MAIL