IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TENNESSEE

Corey Taylor

Plaintiff

v.

Trinity Services Group et al

Defendants

Case No: 3:22-cv-00920
Judge: Campbell JR,
Mag Judge: Newbern

RECEIVED
JUL 18 2023
U.S. District Court
Middle District of TN

## Judicial Notice - To compel Defendant to properly label It's Correspondence to Identify as legal mail

Plaintiff comes In Respect to this cause seeking the court to compel Defendant counsel To properly label and address future Correspondence as being from an attorney at Law or some sort of Law firm Due avoid Institutional Issues as taylor has faced with x2 being Having legal Correspondence from Defendant counsel sent to him and opened outside of his presence and Threatened to have such mail Rejected/Denied cause it Does not Identify as being from a Verifiable Attorney or Law firm. The sender on the correspondence states and shows only as being Kristen MacDonald 1260 Andes Blvd St. Louis, MO 63132 Issues are being posed to plaintiff Due to Institutions across the U.S. experiencing Drug smuggling Through the facilities Legal mail procedures. The labeling on the FedEx Tag says in Ref: Taylor, C V TSG Then says Dept Legal under Plaintiff's mailing Address. TDOC BCCX Facility states that is Insufficient and To avoid Issues or problems Notify counsel to properly label and Identify themselves on the label as Attorney at Law & As legal Mail in the sender's Information. Plaintiff prays this court can compel Defendant to comply

Certificate of Service

Respectfully
Corey Taylor

From:
Corey Taylor
534419
1045 Horsehead Rd
Pikeville, TN 37367

Legal Mail

RECEIVED
JUL 18 2023
U.S. District Court
Middle District of TN

TO: United States District Court for Middle Dist For TN
Attn: Clerk of Court
719 Church St
Nashville, TN 37203

37203-705499

CHATTANOOGA TN

US POSTAGE imi PITNEY BOWES
ZIP 37367
02 4W
0000378348 JUL. 14 2023
$ 000.63⁰
Legal



Envelope addressed to:
TO: U.S. Dist Court For Middle Dist For TN
Attn: Clerk of Court
719 Church St
Nashville TN 37203

RECEIVED JUL 14 2023

BCCX MAILROOM OUTGOING

THE DEPARTMENT OF CORRECTIONS BCCX HAS NEITHER INSPECTED AND IS NOT NOR CENSORED AND IS NOT RESPONSIBLE FOR THE CONTENTS