IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:22-cv-00920 |
| | ) |
| TRINITY SERVICE GROUP. INC., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) |

## ORDER

Pending before the Court is Magistrate Judge Newbern's Report and Recommendation, which was filed on January 2, 2024. (Doc. No. 33). Through the Report and Recommendation, Judge Newbern recommends that Defendant's motion to dismiss (Doc. No. 19) be denied. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's motion to dismiss (Doc. No. 19) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE