UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE
AT NASHVILLE

COREY TAYLOR,
Plaintiff,

vs.

TRINITY SERVICE GROUP,
Defendants.

Case No.: 3:22-cv-00920

JUDGE: CAMPBELL

MAGISTRATE JUDGE: NEWBERN

RECEIVED
OCT 11 2024
US DISTRICT COURT
MID DIST TENN

PETITION FOR LEAVE TO FILE FOR
AN EXTENSION OF TIME TO FILE A
OPPOSITION TO DEFENDANT'S
MOTION   FOR SUMMARY JUDGMENT

Come now plaintiff Corey Taylor, Pro Se., respectfully seeking to move this Court to grant him an extension of time to file his objection to Defendant's motion for summary judgment. there is good cause for seeking an extension due to unforeseeable circumstances with the plaintiff's daughter, which requires plaintiff to attend Court for his minor child whom resides in Illinois and is under the State of Illinois custody due to issues related to the birth mother. Plaintiff states that he is only seeking a 30-day extension so he can attend to these issues and have sufficient time to prepare his reply to the defendant's motion for summary judgment. plaintiff prays that this Court will grant this motion.

WHEREFORE, Plaintiff prays that this Court will rule on his behalf and grant an extension.

Respectfully submitted,

*Corey Taylor*

## CERTIFICATE OF SERVICE

I, attest that the foregoing has been placed in the institution inmate mail on this 2nd day of October,2024. to be mailed via U.S. Mail to U.S. Ct.M.D.Tenn at Nashville; Clerk of Court 719 Church Street, Nashville, TN 37140.

Respectfully submitted,

*Corey Taylor*

Corey Taylor #534419
TCIX-main
1499 R.W. Moore Memorial Hwy
Only, TN 37140

RECEIVED
OCT 11 2024
US DISTRICT COURT
MID DIST TENN

Privileged Legal Mail

To: United States District Court
M.D. Tenn
ATTN: Clerk of Court
719 Church St
Nashville, TN 37203
37203-7094

MAILED AS PRIVILEGED
TURNEY CENTER MAILROOM
ONLY TN 37140
OCT 03 2024
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 37140
02 7H
0006166628
OCT 04 2024
$000.690