IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TENNESSEE AT NASHVILLE

Corey Taylor

   Plaintiff

V.

Trinity Service Group

   Defendants

Case NO: 3:22-cv-00920

## Plaintiff's petition in opposition to DOC. NO. 78
### Trinity's Response to Plaintiff's Supplemental Response

Come now plaintiff Corey Taylor, pro se without counsel seeking to move this Court to Deny the Defendants motion DOC. NO. 78 and their motion for summary Judgment. Plaintiff oppose DOC. NO. 78 and presents as follows his Reasons as Thus will be supported by Law.

Defendants continue to raise arguments that Plaintiff cannot prove any liability on the behalf of Trinity when the liability is proven and shall be determined by a Jury of the maximum allowed. Trinity was the and still are the Responsible parties for the daily meals provided to the Davidson County Downtown Detention center and all of DCSO facilities. Plaintiff has a oral medical condition that can be viewed in case NO: 3:22-CV-00705 Taylor V. wellpath which such will prove an existing condition that plaintiff does have. Defendants are not entitled to summary Judgment because the actions of Defendants caused plaintiff to suffer with harm and Resulted in Injury. There's evidence on which a Jury and or this Court could reasonably find for the plaintiff, Anderson 477 U.S. at 252. It is well and clearly established that in considering a motion for summary Judgment, the court must view the facts and draw all reasonable inferences therefrom in a light most favorable to the non-moving party. Anderson V. Liberty Lobby, Inc., 477 U.S. 242, 248; 106 S.Ct. 2500. Medical records are sufficient to submit to the Jury whereas a verdict

cont'd

could be Returned. The court is not required or permitted, however, to Judge the evidence or make findings of fact. Ramik v. Darling Intern., Inc. 161 F. Supp. 2d 772. The harm and injury suffered by plaintiff Due to the Deliberate indifference and negligent acts of Defendant such injury and harm is and has been irreparable. A dispute over a material fact is genuine. As it has been proven and stated Defendants is not entitled to Judgment of any kind and this court shall agree the same.

WHEREFORE, Plaintiff prays this court will grant his requested relief and Deny Defendants motion for summary Judgment and Rule in favor of Plaintiff.

Respectfully Submitted
Corey Taylor

## Certificate of Service

I, Attest that on 12/30/24 the foregoing was placed in T.C.I.X. Inmate mail to be Delivered to the U.S. District Court Clerk via U.S. postal service. The foregoing was mailed to 719 Church St, Nashville, TN 37203 First class postage taxed to plaintiff's Inmate Account.

Respectfully Submitted
Corey Taylor

Corey Taylor
#534419
T.C.I.X.
1499 R.w. Moore Memorial Hwy
Only, TN 37140

Privileged
Legal Mail

MAILED AS PRIVILEGED
TURNEY CENTER MAILROOM
ONLY TN 37140
DEC 30 2024

NASHVILLE TN 370
3 JAN 2025 PM 5 L
FIRST-CLASS

ZIP 37140
02 7H
0006166628
US POSTAGE PITNEY BOWES
$000.69°
JAN 02 2025

RECEIVED
JAN 07 2025
US DISTRICT COURT
MID DIST TENN

To, United States District Court
Middle District For Tennessee
(ATTN, Clerk of Court
719 Church St
Nashville, TN 37203

The Department of Corrections has neither inspected nor censored and is not responsible for the contents
Turney Center Industrial Complex

Privileged Legal Mail