IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:22-cv-00920 |
| | ) | |
| TRINITY CORRECTIONAL FOOD SERVICE, et al., | ) | JUDGE CAMPBELL |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant Trinity Correctional Food Service's Second Motion for Summary Judgment (Doc. No. 89), which was filed on January 9, 2026.[1] The deadline for filing dispositive motions in this matter was September 25, 2024. (*See* Doc. No. 35). Accordingly, the pending summary judgment motion (Doc. No. 89) is **DENIED** as untimely.

After consultation with Magistrate Judge Joe Brown (Ret.), this case is **REFERRED** to Judge Brown for mediation, to be scheduled by Judge Brown. To allow the parties to focus their time and efforts on the upcoming mediation, the Clerk is **DIRECTED** to administratively close the file pending receipt of Judge Brown's forthcoming mediator's report. Accordingly, the bench trial in this matter set for February 10, 2026, is **CANCELLED** to be reset by separate order, and the pending motion to continue trial (Doc. No. 92) is **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This defendant filed a motion for summary judgment on September 25, 2024, (Doc. No. 62), which Judge Newbern subsequently directed the Clerk to administratively terminate without prejudice for not being properly supported. (*See* Doc. No. 82).