UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE
AT NASHVILLE

COREY TAYLOR,
    Plaintiff,

vs.

TRINITY SERVICE GROUP,
    Defendants.

Case No.: 3:22-cv-00920

JUDGE: CAMPBELL

MAGISTRATE JUDGE: NEWBERN

## PLAINTIFF'S MOTION TO FILE RELEVANT DOCUMENTS FROM ANOTHER CASE IN THIS MATTER TO SUPPORT HIS MOTION IN OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

---

**COMES NOW,** Plaintiff Corey Taylor., Pro Se seeking to respectfully move this Court to file documents number 84-1 that was filed 01/25/24 Taylor v. Wellpath., 3:22-cv-00705 (U.S. Dist.Ct. M.D. Tenn 2024). These documents are relevant to this matter as such documents will show the existence of plaintiff's medical diagnosis and they will also show that plaintiff was in fact ordered a bland no spices added diet as he ahs submitted to this Court on his own behalf. Plaintiff states that this court ability to retrieve such documents and file them in this case is very pertinent and relevant for his Motion in Opposition to defendants second motion for summary judgment. This

1 | Page

Court shall retrieve Document No. 84-1 and seek Medical Grievance 028-029., as it is labeled in this Courts file related to the case No. 3:22-cv-00705; plaintiff seeks this court to obtain Doc.No.84-1 Page 62 of 98 Page ID #: 409 also see Doc.No. 84-1 Wellpath 768, 854, 871, 872, 874, 877, all these documents are relevant in this matter and plaintiff prays this court will submitted the documents as given.

**Wherefore,** Plaintiff pray that this Court will retrieve these documents and introduce them with this matter as they are relevant to the issues herein related to Trinity's denial of plaintiff having a bland no spices added diet.

Respectfully Submitted,

_____.

## CERTIFICATE OF SERVICE

I, attest that the foregoing has been placed in institutional mail at TCIX- Main on this 20th day of January, 2026. to be mailed via U.S. Mail to the United States District Court for The Middle District for Tennessee at Nashville Located 719 Church, Street., Nashville, TN 37203. to be received and filed by the Clerk of Court and to be served via ECF to all parties involved. First-Class Postage paid by Plaintiff.

Respectfully Submitted,

*Corey Taylor*

# NOTARY PUBLIC

State of _Tennessee_

County of _Hickman_

I, _Brandon Tad_____, duly being sworn notary public., I attest that this document and all foregoing documents contained herein was sworn and subscribed before me on this _20th_ day of _January_, 20_26_.

My Commission

Expires _3-30-2027_

Notary Public

_[signature]_

(see seal also below)

[Notary Seal: STATE OF TENNESSEE NOTARY PUBLIC]

Respectfully Submitted,

_Corey Taylor_

Corey Taylor, #534419
TCIX-main
1499 R.W. Moore Memorial
Only, TN 37140

US POSTAGE $004.44°
ZIP 37140
JAN 21 2026

RECEIVED
FEB 0 5 2026
US DISTRICT COURT
MIDDLE DISTRICT OF TN

Privileged
Legal Mail!!!

TO; The United States District
Court for The Middle District
for Tennessee
ATTN: Clerk of Court
719 Church Street
Nashville TN 37203

MAILED AS PRIVILEGED
JAN 21 2025
TURNEY CENTER MAILROOM
ONLY TN 37140

