UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT FOR TENNESSEE
NASHVILLE DIVISION

COREY TAYLOR,
Plaintiff,
v.

TRINITY SERVICE GROUP, INC.,
Defendant.

Case No. 3:22-cv-00920

JUDGE: William L. Campbell, Jr.

RECEIVED
MAR 18 2026
US DISTRICT COURT
MID DIST TENN

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION IN SUPPORT FOR PRIOR MOTION FOR APPOINTMENT OF COUNSEL

---

**Comes Now,** Plaintiff Corey Taylor., Pro Se, Seeking to move this Court to hear his Motion in Support for appointment of Counsel in the above-captioned case. Plaintiff will show this court that counsel is needed to conduct investigation/testimony of witnesses and expert witnesses as such are vital to the claims of this matter and plaintiff does retain the right to present witnesses and expert testimony regarding his claims in the foregoing matter. plaintiff states as follows:

Plaintiff was present March 02, 2026 via zoom for a mediation hearing that was set by the retired Magistrate Judge Joe B. Brown and the attorney for defendant

Alexander B. Chosid. during this mediation counsel for defendant was not willing to settle the case at plaintiff's request/demand and the parties were unable to reach an agreement. Counsel for defendant stated that they will be refiling for summary judgement but however, this Court shall take notice that on 01/27/26 this court filed Doc.No. 97 which in that document the Court denied Doc.No.89 "Defendant's second motion for summary judgement" and such was denied as untimely. Plaintiff is laymen to law but strongly believes that this Court is still bound by the recent order it has issued regarding summary judgement and if defendant was to refile Doc.No.89 or any motion requesting summary judgement plaintiff seeks that this Court will maintain is previous position as it has in Doc. No. 97 regarding Doc.No.89. Plaintiff seeks appointment of counsel as it has now turned onto a complex situation due to this matter going to trial and plaintiff has respectfully demanded a jury trial and still maintain his position as in such trial being held and that a jury of the maximum number allowed be empaneled to decide the facts and merits of this case. Plaintiff state that appointment of counsel is needed to assist in further litigation in helping to obtain location and securing the testimony of witnesses as plaintiff does seek to call several witnesses and two experts that has first hand knowledge of this matter as it is before this court. Plaintiff is incarcerated in the Turney Center Industrial Complex which is a State

of TN institutional prison facility, and due to the current status of plaintiff he is not able nor allowed to locate the witnesses he seeks to present nor is he allowed or permitted to contact Davidson County Jail and speak to any of his Witnesses or to even ensure that they are still employed with that Agency. Plaintiff is prohibited by TDOC policies and Davidson County Jail policy from speaking with any employee of the jail except by the request of legal counsel or court order. Davidson County Jail maintains a policy that they are not permitted to receive calls or hold conversations with incarcerated individuals such as plaintiff and due to their policy, this makes the situation for plaintiff complex and places him at an disadvantage of obtaining witnesses in his favor. Plaintiff seeks counsel representation to obtain the declaration of Ms. Melinda K. Stephens whom is a Wellpath Medical supervisor and does maintain custody of the medical file of plaintiff which is a vital file that plaintiff has the right to present at trial as such file does has evidentiary proof that plaintiff did suffer injuries due to the deliberate indifference of his serious medical needed due to the reckless, careless and negligent acts of Trinity Service Group "Defendant." Plaintiff further seeks appointment of counsel to obtain the declaration and medical records and notes of Dr. Hoang Brian Nguyen, DMD whom was the primary Dental Physician that initiated and recommended the continuation of the Bland Non-Spicy Diet. Plaintiff

need counsel to secure the testimony and declarations of Wellpath Medical Physicians and Meharry Medical College Physicians and Dr. Horwitz whom was present and has first-hand knowledge of the issues herein complaint Doc.No.1., and whom has treated plaintiff and made recommendations for the care and treatment of plaintiff. the witnesses are as follows: 1). Dr. Sabrina Finney ,M.D., 2). Daniela Cullen Nurse Practitioner., 3). Chadrick Owens, RN., 4). Dr. Afrika Jimerson-Hayes, DDS., 5). Dr. Tyler Reese, Rheumatologist at Meharry Medical College "Nashville General.," 6).Dr. Horwitz, Dermatologist at Music City Medical, 7). Dr. Narander Annapureddy, Rheumatologist at Meharry Medical College "Nashville General," 7). Dr. Sarath Bachali, DDS, 8). Brookelynn Dye, DCSO Jail Officer., 9). Cpl Fisher, DCSO Jail Officer, 10). Officer Smith f/n/u,DCSO Jail Officer., 11). Janet D. Cannon, Trinity Service Group employee-DCSO., 12). Jayda Morgan, Trinity Service Group employee-DCSO., 13).Keelie Starks, LN Wellpath Medical., 14). Dr. Daniel of Meharry Medical College school of dentistry, 15). Meharry Medical College School of dentistry students whom treated plaintiff., 16). Dominique Richardson, Trinity Service Group employee-DCSO., 17). Timieneek West, DCSO Jail Officer., 18). Sgt. Thompson, DCSO Jail Sergeant., 19). Milton Skelton, DCSO Jail Officer., 20). Sgt. Christian Johnson, DCSO Jail Sergeant., 21). Ms. Campbell f/n/u/, DCSO-Jail Officer., 22). Sgt. Brian Burton- DCSO Jail

Sergeant., 23). Courtney Steele-DCSO Jail Records Staff., 24). Melissa Butts, RN Wellpath Medical. As this Court can see that Plaintiff has an extensive list of witnesses that can testify to this matter and provide expert testimony as to why being placed on this diet as he was ordered to have is vital and critical and if such diet is not provided the injuries that can result from consuming spicy foods or foods that contain acidities. Plaintiff has brought this matter for a deliberate indifference claim against Trinity and for this matter to be maintained plaintiff has shown the lack of control, training, supervision; knowledge and inactions of Trinity Service Group as such is required to continue to proceed on a failure to train theory. In this matter plaintiff has tied unconstitutional conduct to his municipal liability claim as it is before this court. Plaintiff has suffered injuries as a result of the failed actions of Defendant failure to adequately train, and supervise its Inmate Workers and Civilian Workers. The failed responsibility of defendant to adequately train it workers both inmate and civilian workers resulted in the constitutional violation that is before this court for which plaintiff has suffered injuries as described herein this matter Doc.No.1. Counsel is needed in this matter for all the reasons herein and this Court shall appoint counsel so that this case will not result in a manifestation of injustice. Plaintiff is entitled to relief as sought in the complaint Doc.No. and such relief shall be granted. plaintiff

prays that this Court will grant him appointment of counsel as he has attmpted to retain counsel on his own and has been unsuccessful in doing so. Plaintiff has reached out to Swan Injury Attorneys, David Raybin, Injury of Attorneys of TN, Morgan and Morgan, Michael Freeman Attorney at law, Levall Glanton of Glanton law and countless others and all has declined to accept Pro Bono Appointment due to the indigency of plaintiff.

WHEREFORE, Plaintiff prays that this Court will grant this motion in his favor and counsel is needed as plaintiff has come to a roadblock in this case and is needing the testimony and declarations and other documentary evidence to present at trial and to present to this court prior to trial. Plaintiff further prays that this Court will grant his request.

**Respectfully submitted,**

## CERTIFICATE OF SERVICE

I, attest that the foregoing was placed in TCIX institutional mail staff hands to be mailed to the United States District Court for the Middle District of Tennessee Clerk of Court 719 Church St. Nashville, TN 37203 on this 5th day of March, 2026

**Respectfully submitted,**

The Department of Corrections
has neither inspected
nor censored and is not
responsible for the contents
Turney Center Industrial Complex

Corey Taylor, #534419
TCIX-main
1499 Rw. Moore memorial Hwy
Only, TN 37140

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 37140
02 7H
0006166628
$ 001.03⁰
MAR 12 2026

Privileged
Legal mail

To: United States District
Court M.D. Tenn
ATTN: Clerk of Court
719 Church Street
Nashville, TN 37203

RECEIVED
MAR 18 2026
US DISTRICT COURT
MID DIST TENN